IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Kalman Grigg, Glenda Grigg, and Jacob Grigg, | C/A No.: 1:21-4076-MGL-SVH |
| Plaintiffs, | |
| v. | ORDER |
| Clover Police Department and Town of Clover, | |
| Defendants. | |

Kalman, Glenda, and Jacob Grigg ("Plaintiffs") filed a complaint alleging the Clover Police Department and Town of Clover ("Defendants") violated their constitutional rights. [ECF No. 1]. This matter comes before the court on Defendants' motion to compel Plaintiffs to respond to Defendants' First Set of Interrogatories and Requests for Production to Plaintiffs ("Discovery Requests"). [ECF No. 12]. The motion indicates the Discovery Requests were first served on Plaintiffs on February 9, 2022. After attempting to obtain responses to the Discovery Requests from Plaintiffs by letter dated March 15, 2022 [ECF No. 12-2], Defendants had not received responses by March 29, 2022, the date of the motion to compel.

In light of the foregoing, the court grants Defendants' motion to compel. Plaintiffs are directed to provide responses to the Discovery Requests by April

14, 2022. Because Plaintiffs failed to timely respond to the discovery, any and all objections are deemed waived under Fed. R. Civ. P. 33(b)(4). Plaintiffs are advised that failure to comply with the court's order may result in sanctions, including payment of Defendants' attorneys' fees and costs in preparing such motions.

    IT IS SO ORDERED.

March 31, 2022                                        Shiva V. Hodges
Columbia, South Carolina               United States Magistrate Judge